**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| JUSTIN K. PETERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, LLC., *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 8:17-cv-2686-GJH |

**MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff, Justin K. Peters, and Defendant, Equifax Information Services, LLC ("Equifax"), jointly move this Court to dismiss this case against Equifax with prejudice with each party bearing its own costs. Accordingly, the parties request that the Court enter the Proposed Order attached hereto as Exhibit 1.

Respectfully submitted,

 /s/ *Kristi C. Kelly*  
Kristi Cahoon Kelly, Esq. (No. 07244)  
Kelly & Crandall, PLC  
3925 Chain Bridge Road, Suite 202  
Fairfax, Virginia 22030  
(703) 424-7576 - Telephone  
(703) 591-0167 - Facsimile  
E-mail:  kkelly@kellyandcrandall.com  
*Counsel for Plaintiff*

 /s/ Nathan D. Adler  
Nathan Daniel Adler, Esq. (MD No. 22645)  
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.  
One South Street, 27th Floor  
Baltimore, Maryland 21202  
(410) 332-8516 - Telephone  
(410) 332-8517 - Facsimile  
E-Mail: nda@nqg.com  
*Counsel for Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

    /s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7576 - Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*