### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| JUSTIN K. PETERS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, LLC, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 8:17-cv-2686-GJH |

## **DISMISSAL ORDER**

THIS DAY CAME the Plaintiff, Justin K. Peters, and the Defendant, Equifax Information Services, LLC, by counsel, and moved the Court to dismiss with prejudice all claims against Defendant Equifax Information Services, LLC in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against Equifax Information Services, LLC is DISMISSED with prejudice.

AND THIS CAUSE IS ENDED.

Entered this __26th__ day of September 2018.

/S/
_____
George J. Hazel
United States District Judge